# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL ACTION NO. 1:19-CV-00184-DSC

| | |
|---|---|
| JOHN B. BELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| ANDREW SAUL, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on the parties' "Motion[s] for Summary Judgment" (documents ##14 and 17).

Plaintiff's "Memorandum in Support of Motion for Summary Judgment" (document #15) does not comply with Local Civil Rule 7.2 governing the content and organization of memoranda in Social Security cases. See LCvR7.2. LCvR 7.2(g) also provides that "all briefs must comply with … the font size and page limitations in LCvR 7.1(d)" ("page limit for any brief is 25 pages, the font size is a minimum of 12 point, lines are double-spaced, margins are one inch, and each page is numbered"). Plaintiff's brief is fifty pages.

**NOW THEREFORE IT IS HEREBY ORDERED that:**

1. Plaintiff's "Memorandum in Support of Motion for Summary Judgment" (document #15) is **STRICKEN**. Plaintiff shall file a memorandum in compliance with the Local Rules within thirty days of this Order.

2. Defendant may file a revised memorandum within sixty days of the filing of Plaintiff's revised memorandum. If Defendant wishes to stand on his initial memorandum, he shall file a notice advising the Court within the same time.

3. The Clerk is directed to send copies of this Order to counsel for the parties.

**SO ORDERED**.

Signed: February 13, 2020

David S. Cayer
United States Magistrate Judge